1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER,<br><br>                Plaintiff,<br><br>              -vs-<br><br>ESQUIN WINE MERCHANTS L.L.C., and 2700 4TH AVENUE SOUTH L.P., individually.<br><br>              Defendants. | Cause No. 2:21-cv-39<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTIONS CALENDAR:<br>March 30, 2021 |

    Plaintiff, Robert Kessler, and both Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

    **IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

                Dated this _____ day of _____, 2021.

                                                      _____
                                                        United States District Court Judge

DATED this 30 March 2021.

Respectfully submitted,

*/s/ M. William Judnich*

M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Courtenay Patterson*
Courtenay Patterson, Esq.
1716 N. Main St., Suite A #331
Longmont, CO 80501
(720) 222-9551
Courtenay.patterson@gmail.com
*Attorney for Defendants*