1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9
10

| | |
|---|---|
| ROBERT KESSLER, | Cause No. 2:21-cv-39 |
|        Plaintiff, | |
|        -vs- | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| ESQUIN WINE MERCHANTS L.L.C., and 2700 4TH AVENUE SOUTH L.P., individually. | |
|        Defendants. | |

11
12
13
14
15
16
17

18    Plaintiff, Robert Kessler, and both Defendants in this matter by and through their respective

19  undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice

20  pursuant to the parties' settlement agreement and LCR 7(d)(1).

21

22    **IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

23        Dated this __9th__ day of ___April_____, 2021.

24
25        _____
          United States District Court Judge
26
27

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

1

2

DATED this 30 March 2021.

3

4                                          Respectfully submitted,

5

6                                          /s/ M. William Judnich
                                           _____
7                                          M. William Judnich
                                           WSBA #56087
8                                          Enabled Law Group
                                           P.O. Box 4523
9                                          Missoula, Montana 59806
                                           Telephone: 406-493-1084
10                                         Email: MJ@Enabledlawgroup.com

11                                         /s/ Courtenay Patterson
                                           _____
12                                         Courtenay Patterson, Esq.
                                           1716 N. Main St., Suite A #331
13                                         Longmont, CO 80501
                                           (720) 222-9551
14                                         Courtenay.patterson@gmail.com
                                           Attorney for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27